Andrew J. Dressel, Esq. # 153302016
**GOODGOLD, WEST & BENNETT LLC**
425 Eagle Rock Avenue, Suite 405
Roseland, New Jersey 07068
Main: 973-544-0800
Fax: 973-544-0801
ajd@gwd-law.com
Attorneys for Defendants Dulaney Kelly and A.R., a minor

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN BELLIS<br><br>    Plaintiff,<br><br>  v.<br><br>A.R., a minor, by and through his parent and natural guardian, Dulaney Kelly,<br><br>    Defendant,<br><br>  v.<br><br>DULANEY KELLY,<br><br>    Defendant,<br><br>  v.<br><br>JOHN DOE(s) #1,<br><br>  An unknown individual(s),<br><br>  v.<br><br>3.506 BITCOINS, 65.027 SOLANA COINS<br><br>  *In rem* Defendants,<br><br>  v.<br><br>Payword, Inc. (d/b/a Kraken), XT.com, HTX.com, Cobo.com, Coinbase, Inc., and John Does #2,<br><br>    Relief Defendants | Civil Action No. 1:25-cv-14917-CPO-EAP<br><br>**AFFIDAVIT OF DULANEY KELLY** |

I, Dulaney Kelly, hereby swear as follows, under the penalty of perjury:

1. I am not in possession, custody, or control of any of the Confidential Information identified in this Court's August 28, 2025 Order, nor have I ever been in possession of the Confidential Information.

2. I have a Robinhood account that I have not used since 2021.

3. I presently do not have any cryptocurrency wallets or accounts.

*/s/ Dulaney Kelly*
Dulaney Kelly

*/s/ Susan M. Wells*
March 23, 2026 Exp.

SUSAN M WELLS
Notary Public
State of Ohio
My Comm. Expires
March 23, 2026