AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| JOHN BELLIS | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-14917 |
| DULANEY KELLY, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Payward, Inc. d/b/a Kraken

Date:   10/15/2025

*Attorney's signature*

Joseph E. Gallo (Bar No. 5037155)
*Printed name and bar number*

Withers Bergman LLP
430 Park Avenue, 10th Floor
New York, New York 10022 3505

*Address*

Joseph.Gallo@withersworldwide.com
*E-mail address*

(212) 848-9856
*Telephone number*

(212) 824-4256
*FAX number*